# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DEBORAH GERSTNER-WOLF

VERSUS

DOMINIC LAROCCA AND STATE
FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

NO.  2024 CW 0888

**DECEMBER 4, 2024**

---

In Re:    Susan Gowland, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          703489.

---

BEFORE:    **WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT NOT CONSIDERED.** Relator failed to provide a copy of the
judgment, order, or ruling complained of (if by written judgment,
order, or ruling); a copy of the judge's reasons for judgment,
order, or ruling (if written); and a copy of pertinent court
minutes in violation of Uniform Rules of Louisiana Courts of
Appeal, Rule 4-5(C)(6), (7), and (10).

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation, the
missing items noted above, and must comply with Uniform Rules of
Louisiana Courts of Appeal, Rule 2-12.2. Any new application must
be filed on or before December 26, 2024 and must contain a copy of
this ruling.

                         **EW**
                         **SMM**
                         **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT